ACCEPTED
15-25-00093-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 11:40 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00093-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/12/2025 11:40:56 AM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

THE STATE OF TEXAS,

*Appellant*,

*v.*

CITY OF SAN ANTONIO; RON NIRENBERG, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SAN ANTONIO; ERIK WALSH, IN HIS OFFICIAL CAPACITY AS CITY MANAGER OF THE CITY OF SAN ANTONIO,

*Appellees.*

On Appeal from the
407th Judicial District Court, Bexar County

## NOTICE OF DESIGNATION
## OF APPELLATE COUNSEL

Under Texas Rule of Appellate Procedure 6, appellant the State of Texas gives notice that Assistant Solicitor General Nathaniel A. Plemons will serve as counsel in this Court. Please send all communications regarding this matter to:

Nathaniel A. Plemons
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
Nathaniel.Plemons@oag.texas.gov

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | AARON L. NIELSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Nathaniel A. Plemons<br>NATHANIEL A. PLEMONS<br>Assistant Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | State Bar No. 24121059<br>Nathaniel.Plemons@oag.texas.gov<br><br><br>Counsel for Appellant |

## CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this brief contains 64 words, excluding exempted text.

/s/ Nathaniel A. Plemons
NATHANIEL A. PLEMONS

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Toni Shah on behalf of Nathaniel Plemons
Bar No. 24121059
toni.shah@oag.texas.gov
Envelope ID: 101938423
Filing Code Description: Other Document
Filing Description: SA Abortion Travel  NOA N Plemons
Status as of 6/12/2025 11:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kennon Wooten | 24046624 | kwooten@scottdoug.com | 6/12/2025 11:40:56 AM | SENT |
| Deborah Klein | 11556750 | Deborah.Klein@sanantonio.gov | 6/12/2025 11:40:56 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |
| Lauren Ditty | 24116290 | lditty@scottdoug.com | 6/12/2025 11:40:56 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 6/12/2025 11:40:56 AM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 6/12/2025 11:40:56 AM | SENT |
| Carla Matheson | | cmatheson@scottdoug.com | 6/12/2025 11:40:56 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Amy Hilton | 24097834 | Amy.Hilton@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |
| Katherine Pitcher | 24143894 | katherine.pitcher@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |
| Nathaniel Plemons | | nathaniel.plemons@oag.texas.gov | 6/12/2025 11:40:56 AM | SENT |